**26-2095**

---

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

TIMOTHY SANDERS
Plaintiff-Appellee,

v.

CASTANEDA, et al.,
Defendants-Appellants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA,
D.C. No. 2:22-cv-01373-APG-EJY

---

## MOTION TO EXTEND TIME TO FILE OPENING BRIEF
### (Second Request)

---

Respectfully submitted by:
AARON D. FORD
Attorney General
CHRIS DAVIS (Nevada Bar No. 6616)
Senior Deputy Attorney General
Office of the Attorney General, State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-9252 (phone)
cwdavis@ag.nv.gov
*Attorneys for Defendants-Appellants*
*Victor Castaneda Becerra, Derrick Kelly,*
*Jeremy Reese, Joseph Costello Jr.,*
*and Duane McCarthy*

Defendants-Appellants Victor Castaneda Becerra, Derrick Kelly, Jeremy Reese, Joseph Costello Jr., and Duane McCarthy, by and through counsel, Aaron D. Ford, Nevada Attorney General, Chris Davis, Senior Deputy Attorney General, hereby move, pursuant Fed R. App. P. 26(b) and Ninth Circuit Rules 31-2.2(b), to extend the time to file the Opening Brief established by this Court's order (Dkt. Entry 7) by sixty (60) days from June 17, 2026, to Monday, August 17, 2026, due to the intervening weekend. This motion is based on the following Points and Authorities, the good cause, along with extraordinary and compelling circumstances, set forth in the Declaration of Chris Davis, Esq., and the pleadings and papers filed in this matter.

### **DECLARATION OF CHRIS DAVIS, ESQ.**

I, Chris Davis, declare under penalty of perjury that the following is true and correct of my own personal knowledge and if called to testify in this matter would testify as follows:

1. I am a Senior Deputy Attorney assigned to represent the Appellants as counsel in this matter.

2. In an Order filed May 18, 2026, this Court granted Appellants' streamline request for an extension of time and ordered that the Opening Brief is due June 17, 2026. Dkt. Entry 7.

3. Counsel for Appellants has diligently attempted to complete Appellants' Opening Brief prior to the June 17th deadline but will be unable to do so. Since the beginning of the year, six (6) attorneys have

1

left their employment with Public Safety Division of Office of the Nevada Attorney General. Due to these departures, counsel for Appellants is responsible for all appeals in the Public Safety Division of the Office of the Attorney General, in addition to his litigation case load.

4. Moreover, a number of appeals for which counsel is responsible involve parties represented by law students. It is the policy of this Court to expedite those appeals and to discourage extensions of time in those appeals. Accordingly, counsel has had to give priority to such appeals over others.

5. Based on the foregoing, and due to the substantially increased nature of counsel for Appellants' workload, and to conserve the resources of the Court and the parties, good cause, along with extraordinary and compelling circumstances, are present to extend the briefing schedule by sixty (60) days.

6. Yesterday, counsel for Appellants emailed opposing counsel to request consent for a sixty (60) day extension. Opposing counsel has not yet responded.

///

///

///

///

///

2

7.     Transcripts were not ordered because the district court did not hold hearings on the district court orders at issue in this appeal.

DATED June 11, 2026.

By: /s/ *Chris Davis*
CHRIS DAVIS
Senior Deputy Attorney General
Counsel for Appellants

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Fed. R. App. P. 26(b), the court may "for good cause, the court may extend the time prescribed by these rules or by its order to perform any act or may permit an act to be done after that time expires." Additionally, Ninth Circuit Rule 31-2.2(b) provides that a written motion for an extension of time to file a brief may be granted upon "showing of diligence and substantial need." Appellants now move to extend the deadline for filing the Opening Brief because good cause, along with extraordinary and compelling circumstances, are present for seeking extension.

Counsel for Appellants has diligently attempted to timely complete the Opening Brief, working long hours, but has simply been unable to do so. Since the beginning of the year, six (6) attorneys have left their employment with Public Safety Division of Office of the Nevada Attorney General. Due to these departures, counsel for

3

Appellants is responsible for all appeals in the Public Safety Division of the Office of the Attorney General, in addition to his litigation case load.

Moreover, a number of appeals for which counsel is responsible involve parties represented by law students. It is the policy of this Court to expedite those appeals and to discourage extensions of time in those appeals. Accordingly, counsel has had to give priority to such appeals over others. These unusual, extraordinary and compelling circumstances demonstrate a substantial need to grant an extension in this case.

Moreover, Appellee should not be prejudiced by this delay as Appellee has sought and received similar extensions below. Accordingly, Appellants respectfully requests that the extension be granted for good cause. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260, (9th Cir. 2010) (holding that the motion to extend time should be granted when the party "demonstrated the 'good cause'" and "there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension"); *In re Slatkin*, 385 Fed. Appx. 634, 635, 2010 WL 2617591, at *1 (9th Cir. 2010) (holding that request for extension to file brief should be granted when "there was no showing of prejudice"); *Von Croney v. Smith*, 17 F.3d 398, 1994 WL 59353, at *3 n.3 (9th Cir. 1994) (holding that where "an appellee seeks an extension of time to file his brief, this court has discretion to grant that extension").

4

## CONCLUSION

For the forgoing reasons, and for good cause appearing, this Court should extend the time to file the Opening Brief established by this Court's order (Dkt. Entry 7) by sixty (60) days from June 17, 2026, to Monday, August 17, 2026, due to the intervening weekend.

Respectfully submitted June 11, 2026,

AARON D. FORD, Attorney General

By: /s/ *Chris Davis*
Chris Davis (Bar No. 6616)
Senior Deputy Attorney General

*Attorneys for Defendants-Appellants*

5

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO EXTEND TIME TO FILE OPENING BRIEF** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate electronic filing on June 11, 2026.

Participants in the case who are registered users will be served by the appellate electronic filing system as follows:

Samuel Weiss, Esq.
RIGHTS BEHIND BARS
416 Florida Avenue, NW, No. 26152
Washington, DC 2000
sam@rightsbehindbars.org

*Counsel for Plaintiff-Appellee*

/s/ Kimalee Goldstein
An employee of the office
of the Nevada Attorney General